PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MICHAEL D. PADILLA, SBN 67060<br>JEFFREY M. PADILLA, SBN 239693<br>O'MARA & PADILLA<br>320 Encinitas Blvd., Suite A<br>Encinitas, CA 92024<br>TELEPHONE NO.: 858-481-5454  FAX NO. (Optional): 858-720-9797<br>E-MAIL ADDRESS (Optional): jpadilla@oplawfirm.com<br>ATTORNEY FOR (Name): Plaintiff LILI FEINGOLD | CIVIL BUS. OFFICE<br><br>2018 JUL 16 AM 3:40<br><br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: San Diego, CA 92101
CITY AND ZIP CODE:
BRANCH NAME: CENTRAL DIVISION

PLAINTIFF: LILI FEINGOLD

DEFENDANT: TREX COMPANY, INC. and

[x] DOES 1 TO 20, inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE    [x] OTHER (specify): PRODUCTS LIABILITY
[ ] Property Damage    [ ] Wrongful Death
[x] Personal Injury    [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 37-2018-00035206-CU-PL-CTL

1. Plaintiff (name or names): LILI FEINGOLD

   alleges causes of action against defendant (name or names): TREX COMPANY, INC., et al.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MICHAEL D. PADILLA, SBN 67060<br>JEFFREY M. PADILLA, SBN 239693<br>O'MARA & PADILLA<br>320 Encinitas Blvd., Suite A<br>Encinitas, CA 92024<br>TELEPHONE NO.: 858-481-5454   FAX NO.: 858-720-9797<br>ATTORNEY FOR (Name): Plaintiff LILI FEINGOLD | CIVIL BUSINESS OFFICE<br>2018 JUL 16 AM 3:40<br>SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: San Diego, CA 92101
CITY AND ZIP CODE:
BRANCH NAME: CENTRAL DIVISION

CASE NAME: FEINGOLD v. TREX COMPANY, INC., et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 37-2018-00035206-CU-PL-CTL |
|---|---|---|
| [x] Unlimited    [ ] Limited<br>(Amount    (Amount<br>demanded    demanded is<br>exceeds $25,000)    $25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

Items 1-6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400-3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Construction defect (10) |
| | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [x] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse condemnation (14) | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Wrongful eviction (33) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Drugs (38) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Petition re: arbitration award (11) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Writ of mandate (02) | |
| [ ] Wrongful termination (36) | [ ] Other judicial review (39) | |
| [ ] Other employment (15) | | |

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): One (1)
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: July 16, 2018

JEFFREY M. PADILLA, SBN 239693
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Legal Solutions | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |

| | | PLD-PI-001 |
|---|---|---|
| SHORT TITLE: FEINGOLD v. TREX COMPANY, INC., et al. | | CASE NUMBER: |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): DOES 10 to 20   c. ☐ except defendant (name):

   (1) ☒ a business organization, form unknown    (1) ☐ a business organization, form unknown
   (2) ☐ a corporation                             (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):      (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):               (4) ☐ a public entity (describe):

   (5) ☐ other (specify):                          (5) ☐ other (specify):


   b. ☐ except defendant (name):                   d. ☐ except defendant (name):

   (1) ☐ a business organization, form unknown    (1) ☐ a business organization, form unknown
   (2) ☐ a corporation                             (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):      (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):               (4) ☐ a public entity (describe):

   (5) ☐ other (specify):                          (5) ☐ other (specify):


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 - 20 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 - 20 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: FEINGOLD v. TREX COMPANY, INC., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☒ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☐ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: July 16, 2018

JEFFREY M. PADILLA
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

PLD-PI-001(5)

| SHORT TITLE: FEINGOLD v. TREX COMPANY, INC., et al. | CASE NUMBER: |
|---|---|

FIRST _____ **CAUSE OF ACTION—Products Liability**    Page 4 _____
   (number)

ATTACHMENT TO [x] Complaint [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: LILI FEINGOLD

Prod. L-1. On or about *(date)*: August 4, 2016    plaintiff was injured by the following product:
TREX decking

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
  [x] used in the manner intended by the defendants.
  [ ] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
  [ ] purchaser of the product.          [x] user of the product.
  [ ] bystander to the use of the product.    [ ] other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. [x] **Count One—Strict liability** of the following defendants who
  a. [x] manufactured or assembled the product *(names)*: TREX COMPANY, INC. and

      [x] Does 1 _____ to 5 _____
  b. [ ] designed and manufactured component parts supplied to the manufacturer *(names)*:

      [ ] Does _____ to _____
  c. [ ] sold the product to the public *(names)*:

      [ ] Does _____ to _____

Prod. L-5. [x] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names)*:
TREX COMPANY, INC. and

      [x] Does 1 _____ to 5 _____
Prod. L-6. [x] **Count Three—Breach of warranty** by the following defendants *(names)*: TREX COMPANY, INC. and

      [x] Does 1 _____ to 5 _____
  a. [ ] who breached an implied warranty
  b. [x] who breached an express warranty which was
      [x] written    [ ] oral

Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      [ ] listed in Attachment-Prod. L-7   [ ] as follows: