1  Ranjan A. Lahiri (State Bar No. 232531)
   **WOOD, SMITH, HENNING & BERMAN LLP**
2  501 West Broadway, Suite 1200
   San Diego, California 92101
3  Phone: 619-849-4900 ♦ Fax: 619-849-4950

4
   Attorneys for Defendant TREX COMPANY, INC.
5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  LILI FEINGOLD,                          Case No. 18-cv-02009-DMS-RBB

12              Plaintiff,                   **DEFENDANT TREX COMPANY,**
                                            **INC.'S ANSWER TO COMPLAINT**
13       v.
                                            The Hon. Dana M. Sabraw
14  TREX COMPANY, INC. and DOES 1          Magistrate Judge Ruben B. Brooks
    to 20, inclusive,
15                                          Trial Date:        None Set
              Defendants.
16

17

18       TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

19       Defendant TREX COMPANY, INC. ("Defendant") hereby answers, for itself

20  and itself alone, the Complaint of Plaintiff LILI FEINGOLD ("Plaintiff") and the

21  allegations as made against this answering Defendant, as follows:

22                  **RESPONSE TO ALLEGATIONS OF COMPLAINT**

23       1.    With respect to this paragraph of Plaintiff's Complaint, Defendant

24  admits that Plaintiff has asserted a claim for damages.  Defendant denies that any

25  damages or harm complained of by Plaintiff was caused, in any way, by Defendant.

26  Defendant denies the remaining allegations therein.

27       2.    With respect to this paragraph of Plaintiff's Complaint, Defendant

28  admits the allegations contained therein.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

1    3.    With respect to this paragraph of Plaintiff's Complaint, Defendant lacks
2  knowledge or information sufficient to form a belief about the truth of the
3  allegations therein.

4    4.    With respect to this paragraph of Plaintiff's Complaint, Defendant lacks
5  knowledge or information sufficient to form a belief about the truth of the
6  allegations therein.

7    5.    With respect to this paragraph of Plaintiff's Complaint, Defendant
8  admits that it is a business organization.  Defendant lacks knowledge or information
9  sufficient to form a belief about the truth of the remaining allegations therein.

10   6.    With respect to this paragraph of Plaintiff's Complaint, Defendant lacks
11  knowledge or information sufficient to form a belief about the truth of the
12  allegations therein.

13   7.    With respect to this paragraph of Plaintiff's Complaint, Defendant lacks
14  knowledge or information sufficient to form a belief about the truth of the
15  allegations therein.

16   8.    With respect to this paragraph of Plaintiff's Complaint, Defendant
17  admits that the injury claimed by Plaintiff occurred in the court's jurisdictional area.
18  Defendant denies that the California Superior Court is the proper court because
19  Defendant has removed this case to the United States District Court, Southern
20  District of California.

21   9.    With respect to this paragraph of Plaintiff's Complaint, Defendant lacks
22  knowledge or information sufficient to form a belief about the truth of the
23  allegations therein.

24   10.    With respect to this paragraph of Plaintiff's Complaint, Defendant
25  admits that Plaintiff has asserted a claim for products liability against Defendant.
26  Defendant denies  that any damages or harm complained of by Plaintiff was caused,
27  in any way, by Defendant.  Defendant denies the remaining allegations therein.
28  / / /

11.   With respect to this paragraph of Plaintiff's Complaint, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations therein.

12.   With respect to this paragraph of Plaintiff's Complaint, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations therein.

13.   With respect to this paragraph of Plaintiff's Complaint, Defendant admits that the relief sought in this complaint is within the jurisdiction of the California Superior Court and the United States District Court, Southern District of California.

14.   With respect to this paragraph of Plaintiff's Complaint, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations therein.

15.   With respect to this paragraph of Plaintiff's Complaint, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations therein.

16.   With respect to the Plaintiff's first cause of action for products liability, including all form allegations contained on page 1 of 1, Defendant admits that the Plaintiff is Lili Feingold and that it manufactured a decking product that was involved in Plaintiff's alleged injuries.  Defendant also admits that the law imposes a duty to use reasonable care to prevent harm to oneself or to others.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations therein.

## FIRST AFFIRMATIVE DEFENSE
## (FAILURE TO STATE A CLAIM)

17.   Defendant is informed and believes, and thereon alleges, that Plaintiff has failed to state a claim upon which relief can be granted.

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

## SECOND AFFIRMATIVE DEFENSE
## (FAILURE TO JOIN PARTIES)

18.   Defendant is informed and believes, and thereon alleges, that Plaintiff has failed to join a party pursuant to Rule 19.

## THIRD AFFIRMATIVE DEFENSE
## (MITIGATION OF DAMAGES)

19.   Defendant is informed and believes, and thereon alleges, that Plaintiff has failed to mitigate or attempt to mitigate damages, if in fact any damages have been or will be sustained, and any recovery by Plaintiff must be diminished or barred by reason thereof.

## FOURTH AFFIRMATIVE DEFENSE
## (COMPARATIVE FAULT)

20.   Defendant is informed and believes, and thereon alleges, that Plaintiff's damages as claimed in her Complaint were directly and proximately caused and contributed to, in whole or in part, by the carelessness and negligence of other individuals and/or entities, including Plaintiff, other defendants, and third parties. Therefore, the extent of loss, damage or expenditures sustained by Plaintiff and awarded against Defendants, if any, should be reduced in proportion to the amount of negligence or fault attributable to Plaintiff, other defendants, and other parties.

## FIFTH AFFIRMATIVE DEFENSE
## (WAIVER)

21.   Defendant is informed and believes, and thereon alleges, that Plaintiff's claims for relief and damages against Defendants are barred by the doctrine of waiver.

## SIXTH AFFIRMATIVE DEFENSE
## (LACK OF FORESEEABILITY OF DAMAGES)

22.   Defendant is informed and believes, and thereon alleges, that Plaintiff's claim for damages fails or should be reduced because the damages claimed by

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 • FAX 619-849-4950

1 | Plaintiff lack certainty or were not foreseeable at the time the contract was entered

2 | into.

### SEVENTH AFFIRMATIVE DEFENSE

### (CONSENT)

23. Defendant is informed and believes, and thereon alleges, that Plaintiff's claim for damages fails because Plaintiff consented to the conduct complained of.

### EIGHTH AFFIRMATIVE DEFENSE

### (LACHES)

24. Defendant is informed and believes, and thereon alleges, that Plaintiff is barred from recovery herein by the equitable doctrine of laches.

### NINTH AFFIRMATIVE DEFENSE

### (JUSTIFICATION AND PRIVILEGE)

25. Defendant is informed and believes, and thereon alleges, that Plaintiff is barred from recovery because the conduct of Defendant as described in Plaintiff's Complaint was at all times privileged and justified.

### TENTH AFFIRMATIVE DEFENSE

### (ASSUMPTION OF RISK)

26. Defendant is informed and believes, and thereon alleges, that Plaintiff is barred from recovery based on the doctrine of assumption of risk.

### ELEVENTH AFFIRMATIVE DEFENSE

### (UNCLEAN HANDS)

27. Defendant is informed and believes, and thereon alleges, that Plaintiff is barred from all relief requested in Plaintiff's Complaint by Plaintiff's unclean hands and shared fault.

### TWELFTH AFFIRMATIVE DEFENSE

### (INTERVENING AND SUPERSEDING CAUSES)

28. Defendant is informed and believes and thereon alleges that the injuries or damages of which Plaintiff complains were proximately caused by or contributed

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

1  to by the acts of other defendants, parties, persons, and/or entities and that said acts
2  were an intervening and superseding cause of the injuries and damages, if any, of
3  which Plaintiff complains, thus barring Plaintiff from any recovery against
4  Defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE
## (MISUSE OF PRODUCT)

29.    Defendant is informed and believes, and thereon alleges, that the
products, if any, of Defendant of which Plaintiff complains were misused and
abused, thereby barring Plaintiff from any recovery.

## PRAYER

WHEREFORE, Defendant TREX COMPANY, INC. prays as follows:

1.    That Plaintiff take nothing by reason of her complaint, and that
judgment be rendered in favor of Defendant;

2.    That Defendant be awarded its costs of suit incurred in defense of this
action; and

3.    For such other relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Jury trial is demanded on behalf of Defendant TREX COMPANY, INC.

DATED:  September 4, 2018          WOOD, SMITH, HENNING & BERMAN LLP


By:    /s/ *Ranjan A. Lahiri*
       RANJAN A. LAHIRI
       Attorneys for Defendant TREX COMPANY,
       INC.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 • FAX 619-849-4950

# PROOF OF SERVICE

## Feingold v. Trex Company, Inc.
## 18-cv-02009-DMS-RBB

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 501 West Broadway, Suite 1200, San Diego, CA 92101.

On September 4, 2018, I served the foregoing document described as **DEFENDANT TREX COMPANY, INC.'S ANSWER TO COMPLAINT** on the interested parties in this action as follows:

Michael D. Padilla, Esq.
Jeffrey M. Padilla, Esq.
O'Mara & Padilla
320 Encinitas Blvd
Suite A
Encinitas, CA 92024
Tel: (858) 481-5454/Fax: (858) 720-9797
Email: jpadilla@oplawfirm.com
**Attorneys for Plaintiff LILI FEINGOLD**

**BY MAIL:** I placed true copies of the foregoing document enclosed in sealed envelopes addressed as shown on the Service List. I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at San Diego, California, on that same day following ordinary business practices.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent from e-mail address Dmckay@wshblaw.com to the persons at the electronic notification address listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 4, 2018, at San Diego, California.

Dianne C. McKay

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950